**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RICHARD DALE HELMS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-CV-6928** |
| | : | |
| **SUPERINTENDENT SORBER,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 9th day of February, 2026, upon consideration of Defendants' Motions

to Dismiss (ECF Nos. 19, 29 and 43), Plaintiff Richard Dale Helms's Responses thereto (ECF No.

28, 45 and 46), and Defendants' Replies thereon (ECF No. 32, 47), it is **ORDERED** that:

1.     The Motions are **GRANTED** for the reasons stated in the Court's accompanying

       Memorandum.

2.     The Complaint is **DISMISSED WITH PREJUDICE**.

3.     The Clerk of Court is **DIRECTED** to **CLOSE** this case.


                              **BY THE COURT:**


                              /s/ Juan R. Sánchez
                              _____
                              **JUAN R. SÁNCHEZ, J.**